Trump Vil. Section 4, Inc. v Shvadron (2025 NY Slip Op 05119)

Trump Vil. Section 4, Inc. v Shvadron

2025 NY Slip Op 05119

Decided on September 24, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 24, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
ROBERT J. MILLER
CARL J. LANDICINO
PHILLIP HOM, JJ.

2021-06917
 (Index No. 502589/17)

[*1]Trump Village Section 4, Inc., appellant, et al., plaintiff, 
v
Jerry Shvadron, etc., respondent.

Veridian Legal P.C., New York, NY (Daniel S. Szalkiewicz and Cali P. Madia of counsel), for appellant.
Sanford F. Young, New York, NY, for respondent.

DECISION & ORDER
In an action to recover damages for defamation, the plaintiff Trump Village Section 4, Inc., appeals from a judgment of the Supreme Court, Kings County (Francois A. Rivera, J.), dated September 14, 2021. The judgment, insofar as appealed from, upon a decision of the same court dated September 13, 2021, made after a nonjury trial on the issue of damages, is in favor of the plaintiff Trump Village Section 4, Inc., and against the defendant in the principal sum of only $6.
ORDERED that the judgment is affirmed insofar as appealed from, with costs.
The plaintiff Trump Village Section 4, Inc. (hereinafter Trump Village), and another plaintiff, commenced this action against the defendant to recover damages for defamation. In an order dated January 2, 2020, the Supreme Court granted Trump Village's motion for summary judgment on the issue of liability on the causes of action sounding in defamation, except to the extent those causes of action were based on the defendant's statement that the plaintiffs engage in corrupt conduct. After a nonjury trial on the issue of damages, the court determined that Trump Village was entitled to nominal damages in the sum of $6. Thereafter, upon a decision dated September 13, 2021, made after the nonjury trial, the court issued a judgment dated September 14, 2021, in favor of Trump Village and against the defendant in the principal sum of $6. Trump Village appeals.
"In reviewing a determination made after a nonjury trial, the power of this Court is as broad as that of the trial court, and this Court may render the judgment it finds 'warranted by the facts,' bearing in mind that in a close case, the trial judge had the advantage of seeing the witnesses" (McGowan v State of New York, 79 AD3d 984, 986, quoting Northern Westchester Professional Park Assoc. v Town of Bedford, 60 NY2d 492, 499; see Castaldi v Syosset Cent. Sch. Dist., 203 AD3d 690, 692).
Contrary to Trump Village's contentions, the Supreme Court's award of nominal damages in the sum of $6 was warranted by the evidence adduced at trial. Further, any error in the admission of Trump Village's financial statements from the years 2013 to 2015 or of the summons and complaint from a separate action commenced in 2014 was harmless, as we are satisfied that the result would have been the same if that evidence had not been admitted (see CPLR 2002; Ramrattan v Resorts World Casino, 221 AD3d 629, 629).
Trump Village's remaining contentions are without merit.
DUFFY, J.P., MILLER, LANDICINO and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court